UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEBRA ANN GRACIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE, LLC. *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-01018-KES-EPG<br><br>**ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS NATIONSTAR MORTGAGE, LLC. AND VERIPRO SOLUTIONS, INC. ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 10) |

Based on the Stipulation filed by Debra Ann Gracia ("Plaintiff") and Nationstar Mortgage, LLC., Veripro Solutions, Inc. ("Defendants[1]") (ECF No. 10), the Court HEREBY ORDERS as follows:

The deadline for the Defendants to file a reply to Plaintiff's complaint (ECF No.1) is hereby extended to October 8, 2025.

IT IS SO ORDERED.

　Dated:　**September 9, 2025**　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] West Coast Servicing, Inc. is also a Defendant in this action, however, West Coast Servicing is not a part of the stipulation to extend time to reply to Plaintiff's complaint.