UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATION STAR MORTGAGE, LLC; VERIPRO SOLUTIONS; WEST COAST SERVICING, INC, AND DOES 1-50. <br><br> Defendants. | Case No.   1:25-cv-01018-KES-EPG <br><br> ORDER GRANTING VOLUNTARY DISMISSAL OF WEST COAST SERVICING, INC. WITH PREJUDICE <br><br> (ECF No. 23) |

On October 10, 2025, Plaintiffs Debra Ann Gracia and Anthony C. Gracia filed a voluntary dismissal. Plaintiffs, through their counsel of record, requested the Court to dismiss Defendant West Coast Serving, Inc. with prejudice.

Accordingly, the voluntary dismissal GRANTED and West Coast Servicing, Inc. has been terminated as a party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   **October 10, 2025**         /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

1