UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRACIA, *et al.*

Plaintiffs,

v.

NATIONSTAR MORTGAGE, LLC., *et al.*

Defendants

No. 1:25-cv-01018-KES-EPG

ORDER GRANTING STIPULATION TO STAY SCHEDULING ORDER PENDING RULING ON MOTION TO DISMISS

(ECF No. 34)

On August 7, 2026, the parties filed a joint stipulation seeking a stay to the current scheduling order. (ECF No. 34). The stipulation provides the following:

> PLEASE TAKE NOTICE that IT IS HEREBY STIPULATED by and between Plaintiffs Debra Ann Gracia and Anthony C. Gracia (collectively "Plaintiffs"), and Defendants Nationstar Mortgage LLC ("Nationstar") and Veripro Solutions, Inc. ("Veripro") (collectively, "Defendants") (Defendants and collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record as follows:
>
> WHEREAS, on August 14, 2025, Plaintiffs filed the Complaint on August 14, 2025, in the United States District Court for the Eastern District of California (ECF No. 1);
>
> WHEREAS, Defendants filed a Motion to Dismiss ("Motion to Dismiss") noting the motion for hearing on January 6, 2026 on October 8, 2025 (ECF No. 20), Plaintiffs filed an Opposition on October 22, 2025 (ECF No. 25), and Defendants filed a Reply on November 3, 2025 (ECF No. 26);
>
> WHEREAS, on November 12, 2025, the Parties filed a Joint Scheduling Report indicating the Motion to Dismiss was fully briefed with a hearing set for January 5, 2025 (ECF No. 27);
>
> WHEREAS, on November 18, 2025, the Court held a scheduling conference (ECF No. 29) and entered a Scheduling Conference Order with the following scheduled events:
>
> - Mid-Discovery Status Conference set for 5/26/2026
> - Non-Expert Discovery due by 8/14/2026

- Designation of Expert Witnesses due by 10/30/2026
- Rebuttal Designation of Expert Witnesses due by 12/14/2026
- Expert Discovery due by 1/13/2027
- Dispositive Motions filed by 2/26/2027
- Pretrial Conference set for 7/26/2027
- Jury Trial set for 9/21/2027

(ECF No. 30);
WHEREAS, on December 23, 2025, the Court entered a Minute Order vacating the hearing on the Motion to Dismiss because the Motion to Dismiss was submitted without oral argument pursuant to Local Rule 230(g) (ECF No. 31);

WHEREAS, on May 12, 2026, the Court entered a Minute Order vacating the MidDiscovery conference set on May 26, 2026 due to Defendants' Motion to Dismiss and ordered the following: "[w]ithin ten days after the issuance of the ruling on the motion to dismiss, should the matter go forward, the parties are directed to contact Courtroom Deputy Felicia Navarro (fnavarro@caed.uscourts.gov) to secure a new scheduling conference date." ("May 12, 2026 Minute Order") (ECF No. 32);

WHEREAS, in light of the Motion to Dismiss and the May 12, 2026 Minute Order, the Parties agree to: (i) a stay of the Scheduling Conference Order; and (ii) consistent with the May 12, 2026 Minute Order, to file a Joint Status Report with a new proposed case schedule one (1) week prior to the new scheduling conference should the matter go forward; and full

WHEREAS, the Parties agree that the requested stay of the Scheduling Conference Order is not for purposes of delay, will serve the interests of the parties, is for judicial economy, and will not result in prejudice to any party.

THEREFORE, IT IS HEREBY STIPULATED that: The Parties stipulate and agree to a stay of the Scheduling Conference Order (ECF No. 30) and to file a Joint Status Report with a new proposed case schedule one (1) full week prior to the new scheduling conference should this matter go forward. A proposed order is submitted herewith.

(*Id.*).

After review of the parties' joint stipulation, the Court HEREBY ORDERS as follows:

1. The Scheduling Conference Order (ECF No. 30) is stayed.
2. Defendants shall file a Joint Status Report with a new proposed case schedule one (1) full week prior to the new scheduling conference should the matter go forward.

IT IS SO ORDERED.

Dated: **August 10, 2026**

/s/ Eric P. Groj
UNITED STATES MAGISTRATE JUDGE